NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRELESS INK CORPORATION,**
*Appellant*

v.

**FACEBOOK, INC.,**
*Appellee*

---

2015-1299

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 95/001,989.

---

## JUDGMENT

---

JOSEPH BERNARD RYAN, Ryan, Mason & Lewis, LLP, Melville, NY, argued for appellant. Also represented by PATRICK GREGORY MURRAY.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for appellee. Also represented by ELIZABETH L. STAMESHKIN, MARK R. WEINSTEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 9, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |